**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:98-CR-351 RLW |
| GERALD R. CARROLL, | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. Defendant has filed a motion for relief from judgment pursuant to *United States v. Booker,* 543 U.S. 220 (2005). The Court finds that the motion should be administratively terminated and opened as a new case under 28 U.S.C. § 2255.

Accordingly,

**IT IS HERBY ORDERED** that the Clerk is directed to **administratively terminate** defendant's motion for relief from judgment (ECF No. 206) and to open it as a new civil action under 28 U.S.C. § 2255.

Dated this 8th day of June, 2021

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**